# United States District Court for the Northern District of Illinois

Case Number: 08CV5006           Assigned/Issued By: DAJ

Judge Name: PALLMEYER          Designated Magistrate Judge: COX

## FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 3073160

Date Payment Rec'd: 09/03/08    Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _09/03/08_ as to _DEF._

C:\wpwin80\docket\feeinfo.frm    03/14/05